IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )      CRIMINAL ACTION NO.
    v.                      )         2:22cr366-MHT
                            )             (WO)
JOHN EUGENE DIBELLO         )
```

ORDER

Upon consideration of defendant John Eugene Dibello's motion for early termination of supervised release (Doc. 105), it is ORDERED that the government and the probation department shall respond to the motion by July 29, 2026. The responses should address not only whether termination is appropriate but whether the court has the authority to grant relief in light of the order the court previously entered stating that, "pursuant to 18 U.S.C. [§] 3605, the jurisdiction of the probationer or supervised releasee ... [is] transferred with the records of this Court to the United States District Court for the Southern District of Texas upon that Court's order of acceptance of

jurisdiction."   Transfer   of   Jurisdiction   Order

(Doc. 104).   This   court   does   not   know   whether   an

acceptance order has been entered.

DONE, this the 16th day of July, 2026.

      /s/ Myron H. Thompson      
      **UNITED STATES DISTRICT JUDGE**

2