IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )      CRIMINAL ACTION NO.
     v.                      )          2:22cr366-MHT
                             )             (WO)
JOHN EUGENE DIBELLO          )
```

ORDER

Because this court no longer has jurisdiction over this case, it is ORDERED that defendant John Eugene Dibello's motion for early termination of supervised release (Doc. 105) is denied, with leave to renew the motion in the United States District Court for the Southern District of Texas.

If the defendant wishes to seek early termination of supervision, he should file a motion for early termination of supervised release in the United States District Court for the Southern District of Texas.

DONE, this the 30th day of July, 2026.

                    /s/ Myron H. Thompson
             UNITED STATES DISTRICT JUDGE